UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONTE JAMAL MCCLELLAN,

                Petitioner,

    v.

RIKARD,

                Respondent.

CASE NO. 2:24-CV-1975-KKE-DWC

ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION

Petitioner Donte Jamal McClellan initiated this federal habeas corpus action pursuant to 28 U.S.C. § 2241 on November 13, 2024. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* nor pay the filing fee and, on January 16, 2024, the undersigned recommended Petitioner's case be dismissed. *See* Dkt. 3. Petitioner paid the filing fee on March 4, 2025, and this matter was referred to the undersigned for further proceedings. *See* Dkt. 12.

Presently before the Court are Petitioner's Petition, a motion that appears to seek to amend his Petition, and a motion requesting the Court correct the parties' names in this action. Dkts. 8, 9, 11. Based on a review of the record and in light of Petitioner's two separate petitions (Dkts. 8, 9), the Court finds it appropriate to direct Petitioner to file an amended petition on a

Court-provided form. The amended petition should include all his claims for relief and will replace any previously filed petitions. Petitioner shall also include the correct spellings for the names of all parties in this case.

The amended petition must be filed on or before April 18, 2025. If Petitioner fails to file an amended petition or otherwise respond to this Order by April 18, 2025, the Court will recommend dismissal of this action.

As the Court is directing Petitioner to file an amended petition, the pending motions (Dkts. 9, 11) are denied as moot. The Clerk's Office is directed to send this Order and a blank §2241 form to Petitioner.

Dated this 18th day of March, 2025.

David W. Christel
United States Magistrate Judge