UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE JAMAL MCCLELLON,<br>　　　　　　Petitioner,<br>　v.<br><br>ERIK RIKARD,<br>　　　　　　Respondent. | CASE NO. C24-1975-KKE-DWC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on Petitioner's failure to file an amended complaint. On April 15, 2025, the Court adopted the order of Magistrate Judge David W. Christel (Dkt. No. 13) and ordered: "Petitioner shall file an amended petition, naming all relevant parties, and including all exhibits by May 15, 2025. Petitioner shall use the court-provided form available at https://www.wawd.uscourts.gov/sites/wawd/files/2241Petition.pdf. To the extent an amended petition is not filed by this deadline, the Court may dismiss the case without prejudice." Dkt. No. 16.

Petitioner did not file an amended complaint by the Court deadline. Accordingly, the Court dismisses the case without prejudice.

The Clerk is instructed to close the case.

Dated this 23rd day of May, 2025.

Kymberly K. Evanson
United States District Judge